UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANIBAL ARROYO,

                Petitioner,

-against-

DISTRICT ATTORNEY, QUEENS COUNTY, et al.,

                Respondents.

24-CV-0780 (LTS)

TRANSFER ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Petitioner, who is currently incarcerated at Shawangunk Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, challenging the constitutionality of his November 8, 2019 conviction in the New York Supreme Court, Queens County.[1] Because Petitioner was convicted and sentenced in Queens County, which is located in the Eastern District of New York, this action is transferred under Local Rule 83.3 to the United States District Court for the Eastern District of New York.

    The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York. This order closes this case in this court.

    Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

---

[1] Petitioner paid the $5.00 filing fee for this action.

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: February 14, 2024
        New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge